UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:16-CR-00044 DAD |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL PIERRE JOHNSON II, | |
| Defendant. | |

On April 14, 2004, defendant Michael P. Johnson II was sentenced in the United States District Court for the District of Alaska to the custody of the U.S. Bureau of Prisons for an aggregated term of 150 months following his conviction for violating 21 U.S.C. § 841 and 18 U.S.C. §§ 922(g)(1) and 924(c), with a four year term of supervised release to follow. On March 23, 2016, transfer of jurisdiction over the defendant on supervised release was accepted by this court. (Doc. No. 3.)

The court is in receipt of a letter from defendant Johnson dated November 27, 2017, requesting early release from what he refers to as "parole," on the grounds that he has complied with the terms of his supervised release to date. Defendant's letter does not provide a sufficient basis upon which to order for early termination of supervised release. Defendant Johnson is advised to first discuss his request with his supervising probation officer. If the officer agrees that early termination is appropriate in this case, he or she may make that request to the court. If

1

defendant is not satisfied with his probation officer's response to his request, he may wish to contact the Office of the Federal Defender in this District to determine whether a motion seeking early termination of supervised release should be pursued in his case.

Accordingly, defendant's letter request for early termination of supervised release is denied without prejudice. The Clerk of the Court is directed to serve a copy of the defendant's November 27, 2017 letter and this order on both the probation office and the Office of the Federal Defender.

IT IS SO ORDERED.

Dated: **January 3, 2018**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE