UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL PIERRE JOHNSON II,<br><br>Defendant. | No. 1:16-CR-00044 DAD<br><br><br><br>ORDER |

      On April 14, 2004, defendant Michael P. Johnson II was sentenced in the United States District Court for the District of Alaska to the custody of the U.S. Bureau of Prisons for an aggregated term of 150 months following his conviction for violating 21 U.S.C. § 841 and 18 U.S.C. §§ 922(g)(1) and 924(c), with a four-year term of supervised release to follow. On March 23, 2016, transfer of jurisdiction over the defendant on supervised release was accepted by this court. (Doc. No. 3.)

      By letter dated November 27, 2017, defendant Johnson requested early release from what he then referred to as "parole," on the grounds that he has complied with the terms of his supervised release up to that date without providing any other information in support of his request. Accordingly, by order issued January 5, 2018, the court denied his motion for early termination of his term of supervised release and advised him to discuss his request with his supervising probation officer and if not satisfied with his probation officer's response, to consider

contacting the Office of the Federal Defender in this District to determine whether a motion seeking early termination of supervised release should be pursued in his case.  (Doc. No. 5.)

On December 6, 2018 the court received another letter from defendant Johnson again requesting "early probation release" but providing little additional information in support of the request.  (Doc. No. 6.)  Based upon the lack of information provided in support of defendant's recent request, it will be denied without prejudice.  Defendant Johnson is again referred to the court's previous order directing him how to proceed if he wishes to pursue the requested relief. The Clerk of the Court is directed to serve a copy of the defendant's letter received December 6, 2018 and this order on both the probation office and the Office of the Federal Defender.

IT IS SO ORDERED.

Dated: **January 9, 2019**

UNITED STATES DISTRICT JUDGE